IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER CROPSCIENCE LLC, MONSANTO COMPANY, and MONSANTO TECHNOLOGY, LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 26-cv-12-CFC |
| MODERNA, INC., MODERNA US, INC., and MODERNATX, INC., | ) | |
| Defendants. | ) | |

**MODERNA'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendants Moderna, Inc., Moderna US, Inc., and ModernaTX, Inc., move to dismiss this action for failing to state a claim pursuant to Federal Rules of Civil Procedure 8(a)(2) and 12(b)(6). The grounds for this Motion are set forth in Defendants' Opening Brief.

Dated: March 30, 2026

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Daryl L. Wiesen, *Pro Hac Vice*
Elaine Herrmann Blais, *Pro Hac Vice*
Alexandra Lu, *Pro Hac Vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
eblais@goodwinlaw.com
dwiesen@goodwinlaw.com
alu@goodwinlaw.com

Matthew Ginther, *Pro Hac Vice*
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 478-0929
mginther@goodwinlaw.com

Gabriel Bruno Ferrante, *Pro Hac Vice*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 202-3723
gferrante@goodwinlaw.com

*Attorneys for Defendants Moderna, Inc., Moderna US, Inc., and ModernaTX, Inc.*